STATE OF NEW JERSEY v. RICHARD PAYTON.

October 20, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES JONES.

October 20, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES J. EICHELE.

October 20, 1981.

Petition for certification denied.

JOHN A. REEHILL v. DEPARTMENT OF THE TREASURY OF
THE STATE OF NEW JERSEY.

October 20, 1981.

Petition for certification denied.